THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OLIVER CLANDORF and FRANK CLANDORF, Appellants, et al., Defendants.— Judgments unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK CLANDORF and LYLE WILSON, Appellants.— Judgments unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

GERARD A. RE, Individually and as Guardian ad Litem of GERARD RE, JR., an Infant, et al., Appellants-Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent, and JOSEPHINE R. ALBANO et al., Impleaded Defendants. C. EDWARD SCOTTI, Appellant; MILLARD E. THEODORE, Respondent.— Judgment unanimously affirmed, with costs to the respondents Title Guarantee and Trust Company and Millard E. Theodore against the plaintiffs-appellants-respondents. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [See *post*, p. 869.]

In the Matter of GERARD A. RE, Individually and as Guardian ad Litem of GERARD RE, JR., et al., Appellants. TITLE GUARANTEE AND TRUST COMPANY, Trustee under Trust Indenture Dated January 28, 1930, Respondent.— Order unanimously affirmed, without prejudice to an application to renew the motion at Special Term in view of our decision in the companion appeal (*Re* v. *Title Guarantee and Trust Co.*, *ante*, p. 814, handed down herewith). No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.